UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

TAE CHUNG,

        Plaintiff,

    v.

SAXON MORTGAGE SERVICES, INC, et. al.,

        Defendants.

NO. CIV. S-09-2434 FCD DAD

<u>ORDER AND ORDER TO SHOW CAUSE RE SANCTIONS</u>

----oo0oo----

    1.   The hearing on Defendant GE Money Bank, FSB's Motion to Dismiss, and Defendant Saxon Mortgage Services, Inc.'s Motion to Dismiss, or in the alternative, Motion for More Definite Statement is continued to November 25, 2009, at 10:00 a.m. Plaintiff shall file and serve its opposition brief or notice of non-opposition no later than November 11, 2009.  The Defendants may file and serve a reply on or before November 18, 2009.

    2.   Plaintiff's counsel is ordered to show cause why he should not be sanctioned in the amount of $150.00 for failing to file an opposition or notice of non-opposition to defendants' motions in compliance with Local Rule 78-230(c).

    3.    Plaintiff's counsel shall file his response to the order to show cause on or before November 11, 2009.

    4.    A hearing on the order to show cause, if necessary, will follow the hearing on the Motions to Dismiss.

IT IS SO ORDERED.

DATED: October 19, 2009

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE