Natalie P. Vance, Bar No. 206708
W. Jason Scott, Bar No. 222204
KLINEDINST PC
801 K Street, Suite 2800
Sacramento, California 95814
(916) 444-7573/FAX (916) 444-7544
nvance@klinedinstlaw.com
jscott@klinedinstlaw.com

Attorneys for Defendant
Resurgent Capital Services, L.P., a
Delaware corporation

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| TAE CHUNG,<br><br>         Plaintiff,<br><br>     v.<br><br>SAXON MORTGAGE SERVICES, INC., a Texas corporation; RESURGENT CAPITAL SERVICES, L.P., a Delaware corporation; GE MONEY BANK, FSB, a Federal Savings Bank; ZEBRO LENDING GROUP, a New York corporation; and DOES 1-10, inclusive,<br><br>         Defendants. | Case No.   2:09-CV-02434 FCD DAD<br><br>**ORDER CONTINUING DEADLINE FOR JOINT STATUS REPORT AND RULE 26(F) DISCOVERY PLAN**<br><br>Judge:              Hon. Frank C. Damrell, Jr.<br>Complaint Filed:  8/28/09<br>Trial Date:         None set |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

The current deadline for all parties to submit their Joint Status Report and Discovery Plan is October 27, 2009. Defendant GE Money Bank, FSB and Defendant Saxon Mortgage Services, Inc. have Motions to Dismiss pending with this Court which are set for hearing on November 25, 2009. Based on these pending motions, the Court finds good cause to continue the deadline for the Joint Status Report and Discovery Plan.

///

///

- 1 -

1  The parties are now required to serve their Joint Status Report and Discovery Plan within
2  thirty (30) days after the issuance of an order on the Motions to Dismiss.

**IT IS SO ORDERED.**

Dated: October 27, 2009

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE