UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

TAE CHUNG,

        Plaintiff,

   v.

SAXON MORTGAGE SERVICES, INC, et. al.,

        Defendants.

NO. CIV. S-09-2434 FCD DAD

<u>ORDER TO SHOW CAUSE AND FOR SANCTIONS</u>

----oo0oo----

    1.    The hearing on Defendant GE Money Bank, FSB's Motion to Dismiss, and Defendant Saxon Mortgage Services, Inc.'s Motion to Dismiss, or in the alternative, Motion for More Definite Statement, and Motion to Strike is continued to January 29, 2010, at 10:00 a.m.  Plaintiff shall file and serve its opposition brief or notice of non-opposition no later than January 15, 2010. The Defendants may file and serve a reply on or before January 22, 2010.

    2.    Plaintiff's counsel, Mr. Timothy Thurman, is ordered to pay sanctions in the amount of **$150.00** for his failure to file a

response to the Order to Show Cause filed on October 19, 2009, and his continual failure to file an opposition or notice of non-opposition to defendants' motions in compliance with Local Rule 78-230(c).  Payment should be in the form of a check made payable to the Clerk of the Court.  The sum is to be paid personally by plaintiff's counsel **not later than ten (10) days** from the filing of this Order for Sanctions.

    3.   Plaintiff's counsel shall file his response to this order to show cause on or before January 15, 2010.  If plaintiff's counsel fails to file a response, the Court will sanction counsel $500.00.  Counsel is further cautioned that this case may be summarily dismissed if a response is not timely received.

    4.   A hearing on the order to show cause, if necessary, will follow the hearing on the Motions to Dismiss.

    IT IS SO ORDERED.

DATED: November 16, 2009

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE