WRIGHT, FINLAY & ZAK, LLP
T. Robert Finlay, Esq., SBN 167280
Nicole K. Neff, Esq., SBN 238620
4665 MacArthur Court, Suite 280
Newport Beach, CA  92660 *(Chung, Tae/Pleadings/Proposed Judgment)*
Tel: (949) 477-5050; Fax: (949) 477-9200
rfinlay@wrightlegal.net; nneff@wrightlegal.net

Attorneys for Defendant, SAXON MORTGAGE SERVICES, INC.

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TAE CHUNG, an individual, | Case No.  2:09-cv-02434-FCD-DAD |
| Plaintiff, | **JUDGMENT IN FAVOR OF DEFENDANTS AND AGAINST PLAINTIFF TAE CHUNG AND EXPUNGEMENT OF LIS PENDENS** |
| v. | |
| SAXON MORTGAGE SERVICES, INC., a Texas corporation; RESURGENT CAPITAL SERVICES, L.P., a Delaware corporation; GE MONEY BANK, FSB, a Federal Savings Bank; ZEBRO LENDING GROUP,  a New York corporation; and DOES 1-10 inclusive, | |
| Defendants. | |

///

///

1

On November 16, 2009, the Court ordered Plaintiff's Counsel, Timothy D. Thurman to show cause why he should not be sanctioned in the amount of $500.00 for his continual failure to file an opposition or notice of non-opposition to defendants' motions to dismiss in compliance with Local Rule 230(c). On January 19, 2010, the Court ordered Plaintiff's case dismissed for failure to prosecute pursuant to Fed. R. Civ. P. 41(b), and for repeated failures to respond to the court's orders. A true and correct copy of the Court's January 19, 2010 Order is attached hereto as Exhibit "A."

**IT IS THEREFORE ORDERED AND ADJUDGED AS FOLLOWS:**

1. That JUDGMENT is hereby entered in accordance with the court's order of 1/20/10.

2. In light of the dismissal of Plaintiff's Complaint, the lis pendens recorded in the Official Records of the County of Sacramento, as Book No. 20090820 Page 0988, against the property commonly known as 9109 Rio Grande Way, Sacramento CA, APN # 075-0580-022, is hereby immediately EXPUNGED, so as not to constitute constructive or actual notice of any matter contained in it, or of any matters relating to this action, or create any duty of inquiry in any person dealing with the real property described in the Notice after the date of recordation of this Order.

**IT IS SO ORDERED.**

Date: January 21, 2010

FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE